**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed February 28, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00560-CR

---

## ELIZA LAZARRA FORD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCR-076906**

---

## MEMORANDUM OPINION

Appellant Eliza Lazarra Ford has signed and filed a motion to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant

Do Not Publish – Tex. R. App. P. 47.2(b)